

# THE ATTORNEY GENERAL

## OF TEXAS

GERALD C. MANN

~~XXXXXXXXXXXXXXXXXXXXX~~XX

ATTORNEY GENERAL

AUSTIN 11, TEXAS

March 22, 1939

Honorable Tom C. King
State Auditor
Austin, Texas

Dear Sir:

Opinion No. O-528
Re: Cancellation and releas
TN&NO Railway Bonds.

We are in receipt of your letter of March 22 which is as foll

"During the year 1860 and 1861 the State purchased for its Permanen
School Fund serial bonds of the TN&NO railroad in the amount of
$430,500.00. At a later date there was a default in principal and
terest and about 1871 a special agreement was made deferring the ma
turities of the obligation and providing a specifici annual payment
principal and interest. Final payment of the principal and interes
obligation was made July 14, 1936. This office is satisfied that t
records reflect that the obligations have been paid in full to the S

"We are advised that during the year 1936 the office of the Attorne
General of Texas rendered an option that a joint resolution of the
legislative bodies, authorizing the release of the obligations to t
TN&NO railroad would be necessary before such release could be made
the State Treasurer and the Governor. There seems to be considerab
doubt as to the legal requirement of such a joint resolution or law
whichever it may be called, before the administrative officials of
State can release obligations which have been satisfied in full. I
will thank you to advise if a legislative act is necessary before t
State Treasurer and the Governor can release the paid but uncancell
obligations of the TN&NO railroad referred to above."

If these bonds and accrued interest have been fully paid off,
the obligation completely discharged, as stated in your letter, the
road would undoubtedly be entirled to the surrender and cancellatio
the bonds in question.

Assuming that the bonds and interest have been fully paid, it
necessary for the Legislature to pass any Act or Resolution authori
proper officials to cancel and surrender said bonds, and execute a
evidencing that fact.

CCC:FG:egw
APPROVED
/s/ GERALD C. MANN
ATTORNEY GENERAL OF TEXAS

Yours very truly

ATTORNEY GENERAL OF

By /s/ Cecil C. Cam
Assistar